In the Matter of the Judicial Settlement of the Account of Proceedings of Eva Heim, as Administratrix, etc., of John Heim, Deceased.— Motion to dismiss appeal denied upon condition that appellant procure record on appeal and appellant's points to be filed on or before December 14, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Emanuel M. Krulewitch v. Stuyvesant Estates, Inc.— Motion to dismiss appeal denied, with leave to renew unless appellant procure record on appeal to be filed on or before December 14, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Mahomedali Essajee Lotia and Another v. Austin Bond.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Mahomedali Essajee Lotia and Another v. Austin Bond.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Max A. Lowenheim and Another v. Martha Lowenheim and Another, as Executors, etc., of Harry Lowenheim, Also Known as Hartwig Lowenheim, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Klasko Finance Corporation v. R. Holding Co., Inc., and Others, Defendants, Impleaded with Nettie B. Moyse, Appellant.    (Frank Briarly, Receiver, Respondent.) — Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Albert Rotundo and Another v. Joseph Gerola.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

M. I. Construction Co., Inc., v. Alexander Neulicht and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly proceeded with. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of Ella A. Rogers, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present— Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York v. Alfred Elicono.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Alfred Van Baalen v. Melvin Hirsch.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Progressive Machine & Tool Co., Inc., v. Jennings Lace Works Corporation and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Thomas Lang and Another v. Brooklyn City Railroad Company, Defendant, Impleaded with The Brooklyn Union Gas Company, Respondent.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

John P. Mahoney and Another v. Israel Vernon Cook, Appellant, and A. W. Dovel Company, Inc., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J, Dowling, Finch, McAvoy and Martin, JJ.